_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
March 04, 2026

NVB 105-3(Effective 1/2021)

| | |
|---|---|
| Attorney | Michael J. Harker, Esq. |
| Nevada Bar # | #5353 |
| Firm Name | Law Office of Michael J. Harker, Esq. |
| Address | 2901 El Camino Ave., #200 |
| City, State, Zip | Las Vegas, NV 89102 |
| Phone Number | (702) 248-3000 |
| Email Address | Mharker@harkerlawfirm.com |
| Pro Se Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

* * * * * *

In Re.

MAURO VALDEZ IMANIL,

Debtor(s).

Chapter 13 Proceedings
CASE NO: BK-S-25-17311-abl
Trustee: KATHLEEN A. LEAVITT

**ORDER ON MOTION FOR REFERRAL TO THE MORTGAGE MODIFICATION PROGRAM**

The Motion for Referral to the Mortgage Modification Program ("MMP") having come before this Court on Negative Notice is GRANTED. In the Motion for Referral Debtor certified that they are eligible to participate in the MMP, have completed the initial loan modification forms using the court-approved Document Preparation Software, paid the Document Preparation Software Fee, and collected the supporting documentation required for submission to REAL TIME RESOLUTIONS("Lender") for review through the Portal.

1

Therefore, it is **ORDERED** as follows:

1. The Debtors and Lender are required to participate in the Mortgage Modification Program in good faith and may be subject to possible sanctions by the Court for violation of this requirement;

2. The Debtors, Lender, Program Manager, and other parties (as applicable) are subject to the Duties, Responsibilities, and Timelines which are incorporated hereto by reference. A copy of the MMP Procedures can be found on the Court's website at https ://www.nvb .uscourts .gov/mortgage-modification-program/.

3. The automatic stay is modified to the extent necessary to facilitate the MMP;

4. If any parties or their counsel fails to comply timely and in full with the terms of this Order, the Court may impose appropriate sanctions after notice and a hearing;

5. The Debtors shall immediately serve a copy of this Order on all parties to the mediation. Debtors shall file a Certificate of Service with the Court evidencing these parties were properly served. Service shall be by regular U.S. Mail, electronic service, or email, if the party's email address is known;

6. If the Chapter 13 case is dismissed, converted, or otherwise removed from the District of Nevada prior to Debtor's completion of the MMP, the MMP proceedings in the case will terminate and the parties will be relieved of the requirement of the MMP procedures;

**IT IS SO ORDERED**.

Submitted by:

/s/ Michael J. Harker                         Dated: March 3, 2026
Attorney for Debtor(s) or Pro Se Debtor

LR 9021©:

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the courts ruling and that (check one):

____    The Court has waived the requirements set forth in LR 9021(b)(1).

____    No party appeared at the hearing or filed an objection to the motion.

_X_    I have delivered a copy of this proposed order to all counsel who have appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party whether the party has approved, disapproved, or failed to respond to the document):

Counsel appearing: None.
Unrepresented parties appearing: None

LR 9014(e)(1)(2)

_X__    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014, and that no party has objected to the form or content of the order.

                    /s/   MauroValdez Imanil

                    /s/   Michael J. Harker, Esq.

        (1) The motion, objection, or other matter was served upon all interested parties with the negative notice legend informing the parties of their opportunity to object within the appropriate number of days of the date of service; and

        (2) No party filed an objection within the time permitted. In the event the movant fails to submit a proposed form of order within this time, the court may enter an order denying the matter without prejudice for lack of prosecution.

Submitted By:

/s/ Michael J. Harker, Esq.
MICHAEL J. HARKER, ESQ.
Attorney for Debtor

# # #

3