KATHLEEN A. LEAVITT
CHAPTER 13 BANKRUPTCY TRUSTEE
711 S 4th Street, Suite 101
Las Vegas, NV 89101
kal13mail@las13.com
Tel: (702) 853-0700
Fax: (702) 853-0713

E-FILED

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:
MAURO VALDEZ IMANIL

                        Debtor(s)

Case No:-25-17311-ABL

CHAPTER 13

Hearing Date:    April 02, 2026
Hearing Time:    1:30 pm

LAW OFFICE OF MICHAEL J HARKER
Attorney for the Debtor

## TRUSTEE'S OPPOSITION TO CONFIRMATION OF PLAN
## #1 COMBINED WITH TRUSTEE'S RECOMMENDATION FOR DISMISSAL

Comes now KATHLEEN A. LEAVITT, Chapter 13 Bankruptcy Trustee, in the above captioned

bankruptcy case and hereby alleges as follows:

### Statement of Facts

The Debtor(s) filed for Chapter 13 relief on 12/03/2025.  The Section 341(a) Meeting of Creditors held on

March 24, 2026 at 2:00 pm was concluded .

### Argument

The Trustee objects to confirmation of the Chapter 13 Plan and recommends that this case be dismissed

pursuant to 11 U.S.C. §1307(c) for one or more of the following reasons:

- Debtor(s) is/are delinquent with payments required by the proposed plan and sec. 1326(a). 11 U.S.C. §1307(c)(1)
- Plan is not feasible as required by 11 U.S.C. §1322 based on: Proof of claim #2-1: Bank of New York Mellon/Bank of America secured in the amount of $163,319.50 with pre-petition arrears of $385.89.

- The Plan fails to meet liquidation value [11 U.S.C. §1325(a)(4)] based on the following non-exempt property:  $1,000 based on bank account; to be determined based on vehicles
- Trustee objects to the exemptions claimed as the exemptions are not allowed under the specified section or the amounts specified exceed the allowable exemption, specifically: NRS sec. 21.090(1)(f) three times for one Debtor, it is limited to one vehicle per debtor
- Trustee's Questionnaire
- Obtain Order Approving Referral to Mortgage Modification Program.

Debtor(s) failed to cooperate with the Trustee as necessary to enable the Trustee to perform her duties pursuant to 11 U.S.C. §521(a)(3), §704 and/or §1302.  This failure to cooperate has caused unreasonable delay that is prejudicial to creditors under 11 U.S.C. §1307(c)(1) as the Debtor(s) did not provide the following documents[1] and/or amendments:

- All tax returns for all taxable periods ending during the 4-year period ending on the date of the filing of the petition.  Specifically:  2025
- Bank Statement(s) for the following period(s): WELLS FARGO #9470:  11/8-12/3/25.
- Amendment to Plan: Provide for Secured Proof of claim #2-1:  Bank of New York Mellon/Bank of America. .

Finally, Trustee makes the following statements in an effort to maintain a clear record:

- Debtor should ensure that all creditors have been noticed pursuant to LR 1007(b)(5)(B).

**Conclusion**

WHEREFORE, for the foregoing reasons, the Trustee objects to confirmation and recommends that this case be dismissed pursuant to 11 U.S.C. §1307(c).

Dated:  3/25/26

/s/ Kathleen A. Leavitt
Kathleen A. Leavitt
Chapter 13 Trustee

---

1 The Trustee requests that all documents be submitted in a redacted form .  Please reference F.R.B.P. 9037 for guidance on the information that should be redacted.

KATHLEEN A. LEAVITT
CHAPTER 13 STANDING TRUSTEE
711 S 4Th Street
Suite 101
Las Vegas, NV 89101

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

IN RE:

**MAURO VALDEZ IMANIL**

**Debtor (s)**

CASE NO: BKS-25-17311-ABL
**Chapter 13**

**CERTIFICATE OF SERVICE**

1. On March 25, 2026, I served the following document(s):

**TRUSTEE'S OPPOSITION TO CONFIRMATION OF PLAN #1 COMBINED WITH TRUSTEE'S RECOMMENDATION FOR DISMISSAL**

2. I served the above-named documents(s) by the following means to the persons

as listed below:

**United States mail, postage fully prepaid**

MAURO VALDEZ IMANIL
6968 ADOBE VILLA AVE
LAS VEGAS, NV 89142

LAW OFFICE OF MICHAEL J HARKER
2901 EL CAMINO AVE
SUITE 200
LAS VEGAS, NV 89102

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on: 3/25/26

/s/ Esther Carr
Employee of
Kathleen A. Leavitt
Chapter 13 Standing Trustee